```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHIOMA A. ONWUDIWE,

                Plaintiff,

-against-

SOLOMON PAGE AGENCY,

                Defendant.

24-CV-06977 (MMG)

**ORDER**

---

MARGARET M. GARNETT, United States District Judge:

      The Defendant has filed a motion to dismiss the Complaint in this case.  *See* Dkt. Nos. 13–15.  In light of this, mediation will not proceed in this action pending resolution of the motion to dismiss.

      In accordance with Rule III(E)(4) of the Court's Individual Rules & Practices, the Plaintiff must either (1) file any opposition to the motion to dismiss; or (2) amend the Complaint to respond to the issues raised in the motion to dismiss by **March 4, 2025.**  If the Plaintiff files an opposition brief, the Defendant's reply brief is due **within 14 days** of when the Plaintiff files the opposition brief.

Dated: February 4, 2025
       New York, New York

                                            SO ORDERED.

                                            MARGARET M. GARNETT
                                            United States District Judge